|  |  |
|---|---|
| The Honorable: | JACK B. SCHMETTERER |
| Chapter 7 |  |
| Location: | Room 682 |
| Hearing Date: | 11/10/2011 |
| Hearing Time: | 10:30am |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:   ROSS, JAMES R              §    Case No. 09-43091
                                    §
Debtor(s)                           §§

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that KAREN R. GOODMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 11/10/2011 in Courtroom 682, United States Courthouse Courthouse, 219 S. Dearborn Street
Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/05/2011          By:    /s/KAREN R. GOODMAN
                                         Trustee

KAREN R. GOODMAN
Shefsky & Froelich Ltd.
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601
(312) 527-4000

UST Form 101-7-NFR (10/1/2010)

KAREN R. GOODMAN
SHEFSKY & FROELICH, LTD
111 East Wacker Drive
SUITE 2800
CHICAGO, IL 60601
(312) 527-4000

Chapter 7 Trustee

The Honorable: JACK B. SCHMETTERER
Chapter 7
Location: Room 682
Hearing Date: 11/10/2011
Hearing Time: 10:30 a.m.
Response Date:

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: ROSS, JAMES R § Case No. 09-43091
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*  $ 13,700.61

*and approved disbursements of*  $ 58.13

*leaving a balance on hand of* [1]  $ 13,642.48

**Balance on hand:**  $ 13,642.48

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 13,642.48

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - KAREN R. GOODMAN | 2,120.06 | 0.00 | 2,120.06 |
| Trustee, Expenses - KAREN R. GOODMAN | 29.24 | 0.00 | 29.24 |
| Attorney for Trustee, Fees - SHEFSKY & FROELICH LTD | 3,649.10 | 0.00 | 3,649.10 |
| Accountant for Trustee, Fees - ALAN D. LASKO | 1,246.30 | 0.00 | 1,246.30 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---|---|---|
| Accountant for Trustee, Expenses - ALAN D. LASKO | 14.80 | 0.00 | 14.80 |

Total to be paid for chapter 7 administration expenses: $ 7,059.50
Remaining balance: $ 6,582.98

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 6,582.98

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 6,582.98

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 109,433.28 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 10,122.65 | 0.00 | 608.94 |
| 2 | Chase Bank USA, N.A. | 16,402.02 | 0.00 | 986.68 |
| 3 | Chase Bank USA, N.A. | 6,090.81 | 0.00 | 366.39 |
| 4 | Chase Bank USA, N.A. | 16,225.78 | 0.00 | 976.06 |
| 5 | Chase Bank USA, N.A. | 4,356.14 | 0.00 | 262.04 |
| 6 | Capital Recovery III LLC As Assignee of HSBC Bank | 395.85 | 0.00 | 23.81 |
| 7 | PYOD LLC its successors and assigns as | 21,196.06 | 0.00 | 1,275.05 |

UST Form 101-7-NFR (10/1/2010)

| | assignee of | | | |
|---|---|---|---|---|
| 8 | Fia Card Services, NA/Bank of America | 34,643.97 | 0.00 | 2,084.01 |

Total to be paid for timely general unsecured claims: $ 6,582.98
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/KAREN R. GOODMAN
Trustee

KAREN R. GOODMAN
111 East Wacker Drive
SUITE 2800
CHICAGO, IL 60601
(312) 527-4000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

```
                          United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                              Case No. 09-43091-JBS
James R Ross                                                        Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1            User: mflowers              Page 1 of 2              Date Rcvd: Oct 06, 2011
                                Form ID: pdf006             Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 08, 2011.
db           +James R Ross,    364 Patricia Dr.,    Chicago Heights, IL 60411-1163
14721497    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital 1 Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,
                Norcross, GA 30091)
15208177      Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,    PO Box 248839,
                Oklahoma City, OK   73124-8839
14721498     +Central Mortgage Co,    Attention: Bankruptcy Dept.,    1100 Virginia Drive,
                Fort Washington, PA 19034-3204
15211008      Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
14721499     +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
14721501     +First Usa Bank N A,    3565 Piedmont Rd Ne,    Atlanta, GA 30305-8202
14721502     +Fst Usa Bk B,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
14721503     +Gdyr/cbusa,    Po Box 20483,    Kansas City, MO 64195-0483
14721509    ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
              (address filed with court: Hsbc Harlem Fur.,    Attn: Bankruptcy,    Po Box 15522,
                Wilmington, DE 19850)
14721511    ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
              (address filed with court: Hsbc/casml,    Po Box 15524,    Wilmington, DE 19850)
14721506     +Harris N.a.,    111 W Monroe,    Chicago, IL 60603-4095
14721507     +Hsbc Bank,   Attn: Bankruptcy,    Po Box 5253,    Carol Stream, IL 60197-5253
14721508     +Hsbc Best Buy,    Attn: Bankruptcy,    Po Box 6985,    Bridge Water, NJ 08807-0985
14721512     +Macys/fdsb,    Macy's Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
14721513     +Monterey Fin,    4095 Avenida De La Plata,    Oceanside, CA 92056-5802
14721515     +Rnb-fields3,    Po Box 9475,    Minneapolis, MN 55440-9475
14721516     +Unvl/citi,   Po Box 6241,    Sioux Falls, SD 57117-6241

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15212408     +E-mail/PDF: rmscedi@recoverycorp.com Oct 07 2011 03:42:19
               Capital Recovery III LLC As Assignee of HSBC Bank,    Care of Recovery Management Systems Corp,
                25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
14721500     +E-mail/Text: resurgentbknotifications@resurgent.com Oct 07 2011 01:33:13      Collection,
                Attn: Bankrutpcy Department,    Po Box 10587,    Greenville, SC 29603-0587
15463289      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 07 2011 03:40:54
               Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
                Oklahoma City, OK  73124-8809
14721504     +E-mail/PDF: gecsedi@recoverycorp.com Oct 07 2011 03:42:18      Gemb/disney,
                Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
14721505     +E-mail/PDF: gecsedi@recoverycorp.com Oct 07 2011 03:42:18      Gemb/mens Wearhouse,
                Po Box 103104,    Atlanta, GA 30328
14721514     +E-mail/Text: bankrup@nicor.com Oct 07 2011 01:33:16      Nicor Gas,
                Attention: Bankruptcy Department,    1844 Ferry Road,    Naperville, IL 60563-9662
15432281     +E-mail/Text: resurgentbknotifications@resurgent.com Oct 07 2011 01:33:13
               PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
                PO Box 19008,    Greenville, SC 29602-9008
                                                                                               TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14721495    ##+Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
14721496    ##+Bk Of Amer,   Po Box 17054,    Wilmington, DE 19850-7054
14721510    ##+HSBC NV,   P.O Box 19360,    Portland, OR 97280-0360
                                                                                   TOTALS: 0, * 0, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1           User: mflowers              Page 2 of 2                   Date Rcvd: Oct 06, 2011
                               Form ID: pdf006             Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 08, 2011**                    **Signature:**    *Joseph Speetjens*