KAREN R. GOODMAN  
SHEFSKY & FROELICH, LTD  
111East Wacker Drive  
SUITE 2800  
CHICAGO, IL  60601  
(312) 527-4000  
      Chapter 7 Trustee

The Honorable: JACK B. SCHMETTERER  
Chapter 7  
Location: _____  
Hearing Date: _____ / /  
Hearing Time: _____  
Response Date: _____ / /

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: ROSS, JAMES R      § Case No. 09-43091  
                                    §  
                                    §  
Debtor(s)                          §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION  
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED  
AND APPLICATION TO BE DISCHARGED (TDR)**

    KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $171,338.00          Assets Exempt: $88,888.00  
*(without deducting any secured claims)*

Total Distribution to Claimants: $6,583.24      Claims Discharged  
                                         Without Payment: $102,850.04

Total Expenses of Administration: $7,117.63

    3) Total gross receipts of $ 13,700.87 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $13,700.87 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,117.63 | 7,117.63 | 7,117.63 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 160,880.00 | 109,433.28 | 109,433.28 | 6,583.24 |
| **TOTAL DISBURSEMENTS** | $160,880.00 | $116,550.91 | $116,550.91 | $13,700.87 |

    4) This case was originally filed under Chapter 7 on November 13, 2009. The case was pending for 26 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/11/2012          By: /s/KAREN R. GOODMAN
                                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 404 Illinois Ave., Glenwood, Debtor does not cur | 1110-000 | 13,700.00 |
| Interest Income | 1270-000 | 0.87 |
| **TOTAL GROSS RECEIPTS** | | **$13,700.87** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R. GOODMAN | 2100-000 | N/A | 2,120.06 | 2,120.06 | 2,120.06 |
| KAREN R. GOODMAN | 2200-000 | N/A | 29.24 | 29.24 | 29.24 |
| SHEFSKY & FROELICH LTD | 3110-000 | N/A | 3,649.10 | 3,649.10 | 3,649.10 |
| ALAN D. LASKO | 3410-000 | N/A | 1,246.30 | 1,246.30 | 1,246.30 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| ALAN D. LASKO | 3420-000 | | N/A | 14.80 | 14.80 | 14.80 |
| The Bank of New York Mellon | 2600-000 | | N/A | 26.28 | 26.28 | 26.28 |
| The Bank of New York Mellon | 2600-000 | | N/A | 31.85 | 31.85 | 31.85 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | 7,117.63 | 7,117.63 | 7,117.63 |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | 10,016.00 | 10,122.65 | 10,122.65 | 608.96 |
| 2 | Chase Bank USA, N.A. | 7100-000 | 16,402.00 | 16,402.02 | 16,402.02 | 986.71 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 6,051.00 | 6,090.81 | 6,090.81 | 366.41 |
| 4 | Chase Bank USA, N.A. | 7100-000 | 34,112.00 | 16,225.78 | 16,225.78 | 976.10 |
| 5 | Chase Bank USA, N.A. | 7100-000 | 4,356.00 | 4,356.14 | 4,356.14 | 262.05 |
| 6 | Capital Recovery III LLC As Assignee of HSBC Bank | 7100-000 | N/A | 395.85 | 395.85 | 23.81 |
| 7 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 20,696.00 | 21,196.06 | 21,196.06 | 1,275.10 |
| 8 | Fia Card Services, NA/Bank of America | 7100-000 | 69,247.00 | 34,643.97 | 34,643.97 | 2,084.10 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 160,880.00 | 109,433.28 | 109,433.28 | 6,583.24 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-43091  
**Case Name:** ROSS, JAMES R  

**Period Ending:** 01/11/12

**Trustee:** (520191) KAREN R. GOODMAN  
**Filed (f) or Converted (c):** 11/13/09 (f)  
**§341(a) Meeting Date:** 12/29/09  
**Claims Bar Date:** 05/27/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   404 Illinois Ave., Glenwood, Debtor does not cur   Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 13 | 71,500.00 | 15,310.00 | DA | 13,700.00 | FA |
| 2   Checking account with Chase   Orig. Asset Memo: Imported from original petition Doc# 1 | 120.00 | 0.00 | DA | 0.00 | FA |
| 3   Savings account with Chase   Orig. Asset Memo: Imported from original petition Doc# 1 | 20.00 | 0.00 | DA | 0.00 | FA |
| 4   Miscellaneous used household goods   Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 5   Personal used clothing   Orig. Asset Memo: Imported from original petition Doc# 1 | 300.00 | 0.00 | DA | 0.00 | FA |
| 6   Employer - Term Life Insurance - no cash surrend   Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 7   Pension through employer   Orig. Asset Memo: Imported from original petition Doc# 1 | 39,869.00 | 0.00 | DA | 0.00 | FA |
| 8   IRA - 100% exempt   Orig. Asset Memo: Imported from original petition Doc# 1 | 42,319.00 | 0.00 | DA | 0.00 | FA |
| 9   JP Morgan Stock   Debtor testified that the stock was owned jointly with ex-wife and was sold pursuant to divorce decree | 5,000.00 | 5,000.00 | DA | 0.00 | FA |
| 10   2005 Chevrolet Tahoe - 75,000 miles   Value less due to extensive body damage. | 11,410.00 | 5,650.00 | DA | 0.00 | FA |
| 11   1989 Chevrolet Corsica - 160,000 miles Value bas   Orig. Asset Memo: Imported from original petition Doc# 1 | 300.00 | 300.00 | DA | 0.00 | FA |
| Int   INTEREST (u) | Unknown | N/A |  | 0.87 | FA |

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-43091　　　　　　　　　　　　　　　　　　**Trustee:**　　(520191)　　KAREN R. GOODMAN
**Case Name:**　　ROSS, JAMES R　　　　　　　　　　　　　　**Filed (f) or Converted (c):**　11/13/09 (f)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**§341(a) Meeting Date:**　　12/29/09
**Period Ending:** 01/11/12　　　　　　　　　　　　　　　　　**Claims Bar Date:**　　　　　05/27/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 12　　Assets　　Totals (Excluding unknown values) | $171,338.00 | $26,260.00 | | $13,700.87 | $0.00 |

**Major Activities Affecting Case Closing:**

　　　　Sell Debtor's interest in house owned jointly with ex-wife.

**Initial Projected Date Of Final Report (TFR):**　　June 30, 2011　　　　**Current Projected Date Of Final Report (TFR):**　　October 5, 2011　(Actual)

Printed: 01/11/2012 04:33 PM　　V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-43091  
**Case Name:** ROSS, JAMES R  

**Taxpayer ID #:** **-***3310  
**Period Ending:** 01/11/12  

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******33-65 - Money Market Account  
**Blanket Bond:** $61,494,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/15/11 | {1} | First American Title Insurance Co. | Proceeds of sale of right, title and interest in residence per Court Order dated 2/15/11 | 1110-000 | 13,700.00 | | 13,700.00 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 13,700.06 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 13,700.17 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 13,700.28 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 13,700.39 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 13,700.50 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.28 | 13,674.22 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 13,674.33 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 31.85 | 13,642.48 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 13,642.59 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 13,642.70 |
| 11/10/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.04 | | 13,642.74 |
| 11/10/11 | | To Account #9200******3366 | FUNDS TRANSFER TO EFFECTUATE DISTRIBUTION PER COURT ORDER DATED 11/10/2011 | 9999-000 | | 13,642.74 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 13,700.87 | 13,700.87 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 13,642.74 | |
| | | | **Subtotal** | | 13,700.87 | 58.13 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$13,700.87** | **$58.13** | |

{} Asset reference(s)

Printed: 01/11/2012 04:33 PM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-43091  
**Case Name:** ROSS, JAMES R  
**Taxpayer ID #:** **-***3310  
**Period Ending:** 01/11/12  

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******33-66 - Checking Account  
**Blanket Bond:** $61,494,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/10/11 |  | From Account #9200******3365 | FUNDS TRANSFER TO EFFECTUATE DISTRIBUTION PER COURT ORDER DATED 11/10/2011 | 9999-000 | 13,642.74 |  | 13,642.74 |
| 11/10/11 | 101 | ALAN D. LASKO | TRUSTEE'S ACCOUNTANTS' EXPENSES PER COURT ORDER DATED 11/10/2011 | 3420-000 |  | 14.80 | 13,627.94 |
| 11/10/11 | 102 | ALAN D. LASKO | TRUSTEE'S ACCOUNTANTS' FEES PER COURT ORDER DATED 11/10/2011 | 3410-000 |  | 1,246.30 | 12,381.64 |
| 11/10/11 | 103 | KAREN R. GOODMAN | TRUSTEE EXPENSES PER COURT ORDER DATED 11/10/2011 | 2200-000 |  | 29.24 | 12,352.40 |
| 11/10/11 | 104 | KAREN R. GOODMAN | TRUSTEE COMPENSATION PER COURT ORDER DATED 11/10/2011 | 2100-000 |  | 2,120.06 | 10,232.34 |
| 11/10/11 | 105 | SHEFSKY & FROELICH LTD | TRUSTEE'S ATTORNEYS' FEES PER COURT ORDER DATED DATED 11/10/2011 | 3110-000 |  | 3,649.10 | 6,583.24 |
| 11/10/11 | 106 | Capital One Bank (USA), N.A. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 1 PER COURT ORDER DATED 11/10/2011 | 7100-000 |  | 608.96 | 5,974.28 |
| 11/10/11 | 107 | Chase Bank USA, N.A. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 2 PER COURT ORDER DATED 11/10/2011 | 7100-000 |  | 986.71 | 4,987.57 |
| 11/10/11 | 108 | Chase Bank USA, N.A. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 3 PER COURT ORDER DATED 11/10/2011 | 7100-000 |  | 366.41 | 4,621.16 |
| 11/10/11 | 109 | Chase Bank USA, N.A. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 4 PER COURT ORDER DATED 11/10/2011 | 7100-000 |  | 976.10 | 3,645.06 |
| 11/10/11 | 110 | Chase Bank USA, N.A. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 5 PER COURT ORDER DATED 11/10/2011 | 7100-000 |  | 262.05 | 3,383.01 |
| 11/10/11 | 111 | Capital Recovery III LLC As Assignee of HSBC Bank | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 6 PER COURT ORDER DATED 11/10/2011 | 7100-000 |  | 23.81 | 3,359.20 |
| 11/10/11 | 112 | PYOD LLC its successors and assigns as assignee of Citibank | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 7 PER COURT ORDER DATED 11/10/2011 | 7100-000 |  | 1,275.10 | 2,084.10 |
| 11/10/11 | 113 | Fia Card Services, NA/Bank of America | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 8 PER COURT ORDER DATED 11/10/2011 | 7100-000 |  | 2,084.10 | 0.00 |

Subtotals : $13,642.74   $13,642.74

{} Asset reference(s)   Printed: 01/11/2012 04:33 PM   V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 09-43091
**Case Name:** ROSS, JAMES R

**Taxpayer ID #:** **-***3310
**Period Ending:** 01/11/12

**Trustee:** KAREN R. GOODMAN (520191)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******33-66 - Checking Account
**Blanket Bond:** $61,494,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **13,642.74** | **13,642.74** | **$0.00** |
| | | | Less: Bank Transfers | | 13,642.74 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **13,642.74** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$13,642.74** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******33-65** | 13,700.87 | 58.13 | 0.00 |
| **Checking # 9200-******33-66** | 0.00 | 13,642.74 | 0.00 |
| | $13,700.87 | $13,700.87 | $0.00 |

{} Asset reference(s)

Printed: 01/11/2012 04:33 PM   V.12.57